

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

May 7, 2024

**Via CM/ECF**

Maria R. Hamilton, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    RE:    *United States v. Teva Pharmaceuticals USA, Inc.*, No. 23-1958
            *United States v. Regeneron Pharmaceuticals, Inc.*, No. 23-2086

Dear Ms. Hamilton:

    Briefing in these appeals is scheduled to conclude by June. If the appeals are set for argument during the week of July 22, I ask that they be scheduled on Monday, July 22 rather than during the remainder of the week, if possible. I serve as a court-appointed appellate lawyer representative to the Ninth Circuit Judicial Conference, which meets in Sacramento from Monday to Thursday of that week. Portions of the conference requiring my attendance take place on Tuesday and Wednesday, and I plan to be on leave on Thursday afternoon and Friday.

    Thank you for considering this request.

                                      Sincerely,

                                      */s/ Daniel Winik*
                                      Daniel Winik

cc:    All counsel (via CM/ECF)